No. 223. ALFRED W CHURCH *v.* HORACE M. SWET-
LAND ET AL. Appeal from the Circuit Court of Appeals

for the Second Circuit. Motion to dismiss submitted January 27, 1919. Decided March 3, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) § 128 of the Judicial Code; *Stevenson* v. *Fain,* 195 U. S. 165, 166; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 232; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218. *Mr. Hector M. Hitchings* for appellant. *Mr. Daniel P. Hays* and *Mr. John S. Parker* for appellees.